July 15, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

MARK LUCAS, Appellant

NO. 14-14-00300-CV                    V.

OWEN KRATZ, JOHN V. LOVOI, T. WILLIAM PROTER, III, NANCY K.
QUINN, WILLIAM L. TRANSIER, JAMES A. WATT, ANTHONY TRIPODO,
BART H. HEIJERMANS, ALISA B. JOHNSON, GORDON F. AHALT,
BERNARD DUROC-DANNER, AND MERIDIAN CONSULTING, Appellees

_____

Today the Court heard appellant's motion to dismiss the appeal from the judgment signed by the court below on March 18, 2014. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Mark Lucas.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.